UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-174-FL-1
NO. 5:12-CR-174-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO REASSIGN |
| | : | |
| DWIGHT ELEY | : | |
| STEVEN ANTONIO RICKS | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Chief Judge James C. Dever III.

SO ORDERED.

This the  4th  day of _____June_____, 2012

_____
Louise W. Flanagan
United States District Court Judge