PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

Crim. No. 5:12-CR-174-1D

DWIGHT ELEY

On Friday, August 16, 2013, the above-named was placed on supervised release for a period of 24 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

Respectfully submitted,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

/s/Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __24__ day of __February__, 2015.

James C. Dever III
Chief U.S. District Judge